--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 
 August 17, 2016
 

In accordance with the enclosed Memorandum Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 17[th] day of August, 2016.

10-14-00397-CV BETTY JANE GOSSETT v. THE ESTATE OF DONA LEE STOVALL, DECEASED, AND LISA JAMIESON AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF DONA LEE STOVALL - ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF JOHNSON COUNTY - TRIAL COURT NO. P200719377-A - DISMISSED - Memorandum Opinion by Justice Davis:

"This cause came on to be considered and because appellant failed to provide a written status report within the time ordered by this Court and as prescribed by the Texas Rules of Appellate Procedure, it is the opinion of this Court that the appeal should be dismissed; it is therefore ordered, adjudged and decreed that the appeal be, and hereby is, dismissed for want of prosecution. It is further ordered that appellant pay all costs in this behalf expended and that this decision be certified below for observance."